

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00518-CV

_____

IN RE MARK CARROLL AND CHARLOTTE CARROLL, Relators

Original Proceeding
Local Administrative Judge of Tarrant County, Texas
Prefiling Proceeding

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' "Original Petition for Writ of Mandamus" and the local administrative judge of Tarrant County's order dated September 25, 2025, and is of the opinion that relief should be denied. Accordingly, relators' "Original Petition for Writ of Mandamus" is denied.

Per Curiam

Delivered: October 2, 2025